UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CARLINE HULL § | |
| VS. § | |
| WAL-MART STORES, INC. § | CAUSE NO. 6:13 CV 600 |
| and § | (JURY) |
| THE STANLEY WORKS § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

On this day came on to be heard Plaintiff, Carline Hull formerly Carline Felts's, and Defendants Wal-Mart Stores, Inc. and Stanley Black & Decker, Inc. f/k/a The Stanley Works ("Defendants")' Joint Motion to Dismiss. After consideration the Court is of the opinion that the Joint Motion to Dismiss should be granted. It is therefore

ORDERED that the Joint Motion to Dismiss is granted and the above action against Defendants Wal-Mart Stores, Inc. and Stanley Black & Decker, Inc. f/k/a The Stanley Works is dismissed in its entirety with prejudice.

**So ORDERED and SIGNED this 5th day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**